No. 3,838.—MINOR YORK, RESPONDENT, *v.* ZIMMERMAN CO., APPELLANT.

*Appeal from District Court, Yellowstone County.*

Decided April 8, 1916.

PER CURIAM.—Respondent's motion to dismiss appeal herein because of defendant's failure to file transcript in time, is, after due consideration, granted and the appeal accordingly dismissed.

*Messrs. Nichols & Wilson,* for Appellant.

*Mr. C. R. Ingle,* for Respondent.

---

No. 3,703.—JOHN W. BLAIR ET AL., APPELLANTS, *v.* W. H. McELWAIN, RESPONDENT.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided April 28, 1916.

PER CURIAM.—Pursuant to stipulation of the parties herein, it is ordered that the appeal in the cause be, and the same is hereby, dismissed.

*Messrs. Hamblen & Gilbert, Mr. W. J. Paul,* and *Messrs. Scharnikow & Jordan,* for Appellants.

*Mr. S. P. Wilson,* for Respondent.